Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; and Officer JON SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. PARSON, JR., and JMP, a minor, by and through his Guardian ad Litem, HENRY J. PARSON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER JON SCOTT; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Number 1:07-CV-01468-OWW-DLB<br><br>**DEFENDANTS CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT AND OFFICER JON SCOTT'S ANSWER TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW, defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT and OFFICER JON SMITH (hereafter referred to collectively as "City Defendants") and, answering the Complaint of Plaintiffs on file herein, jointly and severally, admit, deny and allege as follows:

1.  Answering paragraphs 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 35, 36, 37, 38, 39, 40, 43, 44, 45, 46, 47, 48, 51, 52, 53, 54, 55, 56, 57, 60, 61, 62, 63, 66, 67, 68 and 69 of Plaintiff's Complaint, City Defendants deny each and every allegation contained therein.

2.  Answering paragraphs 1, 3, 4, 5, 6, 7, 9, 10, 33, 34, 41, 42, 49, 50, 58, 59, 64 and

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

ANSWER TO COMPLAINT AND
DEMAND FOR JURY TRIAL

1

65 of Plaintiffs' Complaint, City Defendants lack sufficient information and belief to either admit or deny the allegations therein, and on that basis City Defendants deny each and every allegation contained in said paragraphs of Plaintiffs' Complaint.

3.    Answering paragraph 2 of Plaintiffs' Complaint, City Defendants admit that this Court has concurrent jurisdiction over Plaintiff's claims for violation of this Civil Rights pursuant to 42 U.S.C. §§1983 and 1985 and raises federal questions applicable to the states under the Fourth, Eight, and Fourteenth Amendments of the *United States Constitution* and under the constitutional and statutory laws of the State of California.

4.    Answering paragraph 8 of Plaintiffs' Complaint, City Defendants admit defendants Officer JON SMITH and/or DOES 1 through 100, were at all times relevant to this complaint acting in concert as duly appointed members of the Bakersfield Police Department, acting under the cover of law, to wit, under color of the statutes, ordinances, regulations, policies, customs and usages of the City of Bakersfield Police Department and within the scope of their employment.

5.    Answering paragraph 11 of Plaintiffs' Complaint, City Defendants admit that Eric Matlock was at all relevant times the Chief of Police of the City of Bakersfield acting within the scope of his employment as Chief of Police and responsible for, among other things, the implementation of the policies and/or practices for the Bakersfield Police Department, including but not limited to, the control, supervision, operation and administration of the department and for observing, administering and enforcing the provisions of all laws regulating the police department of the City of Bakersfield.

6.    **AS AND FOR A FURTHER AND DISTINCT AFFIRMATIVE DEFENSE** , City Defendants allege that the Complaint, and each and every cause of action therein, fails to state a claim against these defendants upon which relief can be granted.

7.    **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** City Defendants allege that they are immune from liability for the causes of action alleged in the Complaint, if any, pursuant to California Government Code sections 815, 815.2, 815.4, 818, 818.2, 818.4, 818.6, 820(b), 820.2, 820.4, 820.8, 821, 821.2, 821.4, 822.2 of the Government Code and sections 834, 834a, 835, 835a and 836 of the Penal Code.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

ANSWER TO COMPLAINT AND
DEMAND FOR JURY TRIAL

2

8. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege that the allegations contained in Plaintiff's Complaint baseless and warrantless and the bringing of the Complaint and the making of the allegations and charges therein are outrageous and malicious conduct and are intended to specifically injure City Defendants, and City Defendants specifically reserve the right to file suit for malicious prosecution and abuse of process, along with intentional infliction of emotional distress, among other causes of action, pursuant to California state law and the California Police Officer's Bill of Rights.

9. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege that Plaintiff has failed to seek appropriate medical treatment and has, therefore, assumed the risk of further injury and damages.

10. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege that the damages, if any of which Plaintiff complains were the proximate results of the negligence, carelessness and/or recklessness of Plaintiff, and each of them, all so far as to bar or diminish recovery herein as against City Defendants.

11. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege that Plaintiff's damages and injuries, if any, were the result of negligence, carelessness, recklessness and/or liability of parties other than City Defendants.

12. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege that Plaintiff's Complaint, and each and every cause of action and allegation therein, is, and are, barred by the applicable state and federal statutes of limitations including, but not limited to, California Civil Code and *Wilson v. Garcia* (1985) 471 U.S.261 and *Hardison v. Galceran* (9th Cir. 1989) 899 F.2d 906.

13. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** City Defendants allege that Plaintiff is precluded from alleging liability for the causes of action alleged in Plaintiff's Complaint, and are estopped from asserting the same since claims regarding the acts alleged pursuant to the laws of the State of California were not timely filed, are barred by the statute of limitations and/or do not include claims for all causes of action set forth in the Complaint as required by the California Tort Claims Act.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

ANSWER TO COMPLAINT AND
DEMAND FOR JURY TRIAL

3

14. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE** City Defendants allege that the damages, if any, of which Plaintiff's complain, were the proximate result of the intentional acts of Plaintiff, so as to bar or diminish recovery herein as against these City Defendants.

15. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege that Plaintiff's damages and injuries, if any, were the result of the intentional acts and/or other liability of parties other than these City Defendants.

16. **AS AN FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants allege, on information and belief, that Plaintiff, by the exercise of reasonable efforts and/or care, could have mitigated the amount of damages alleged to have been suffered, and that Plaintiff has failed, neglected, and refused, and continues to fail, neglect and refuse, to exercise reasonable efforts and/or care to mitigate his alleged damages.

17. **AS AND FOR A FURTHER SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**, City Defendants, and each of them, allege that City Defendants are immune from any civil liability in this matter under the doctrine of qualified immunity in that they had a good faith belief that each and every action employed and taken with regard to the acts complained of by Plaintiff herein, were justified, reasonable and lawful under the circumstances presented to the City Defendants at the time of the incident at issue herein.

## DEMAND FOR JURY TRIAL

City Defendants request that this matter be heard and decided by a jury.

**WHEREFORE**, City Defendants pray judgement as follows:

1. That Plaintiffs take nothing by this action;
2. That City Defendants be awarded their costs of suit incurred herein;
3. That City Defendants be awarded reasonable attorney fees pursuant to Federal Rules of Civil Procedure, Rule 11 and 42 U.S.C. §1988; and
4. That the Court order such other and further relief as it deems just and proper herein.

///

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Parson v. City of Bakersfield, et al.
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

ANSWER TO COMPLAINT AND
DEMAND FOR JURY TRIAL

4

1    5.    That this matter be heard and decided by a jury.

Dated: December 11, 2007                            MARDEROSIAN, RUNYON, CERCONE,
                                                    LEHMAN & ARMO


                                                    By: /s/ MICHAEL G. MARDEROSIAN, ESQ.
                                                        MICHAEL G. MARDEROSIAN,
                                                        Attorneys for Defendants above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

ANSWER TO COMPLAINT AND
DEMAND FOR JURY TRIAL

5