Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:  Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; and Officer JON SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. PARSON, JR., and JMP, a minor, by and through his Guardian ad Litem, HENRY J. PARSON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER JON SCOTT; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Number 1:07-CV-01468-OWW-DLB<br><br>**STIPULATION REGARDING DESIGNATION OF EXPERT WITNESSES** |

Due to the inability of both plaintiffs' counsel and defendants' counsel to complete the depositions of parties and witnesses because of the trial schedules of both sides and the resulting inability to prepare meaningful expert witness designations:

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the current expert witness designation and supplemental expert witness designation

/

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

1

1  deadlines, be continued from July 25, 2008 and August 25, 2008, respectively, to dates determined
2  by the court.
3  Dated: July 10, 2008                                      MARDEROSIAN, RUNYON, CERCONE,
                                                             LEHMAN & ARMO

                                                      By:   /s/ Michael E. Lehman
                                                             MICHAEL E. LEHMAN,
                                                             Attorneys for Defendants above-named

   Dated: July 11, 2008.                                     RODRIGUEZ & ASSOCIATES


                                                      By:   s/s Charles Chapman for Scott Fontes
                                                             MARSHALL SCOTT FONTES
                                                             Attorneys for Plaintiffs above-named

## **ORDER**

   IT IS HEREBY ORDERED that the current expert witness designation and supplemental expert witness designation deadlines, be continued from July 25, 2008, and August 25, 2008, respectively, to September 15,, 2008 for designation of expert witness and October 15, 2008 for supplemental expert witness designation. IT IS SO ORDERED.

   **Dated:   July 18, 2008**                                /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB

2