Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; and Officer JON SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. PARSON, JR., and JMP, a minor, by and through his Guardian ad Litem, HENRY J. PARSON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER JON SCOTT; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Number 1:07-CV-01468-OWW-DLB<br><br>**STIPULATED PROTECTIVE ORDER** |

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

1.  In connection with discovery proceedings in this action, the parties may designate any document, thing, material, testimony or other information derived therefrom, as "confidential" under the terms of this Stipulated Protective Order (hereinafter "Order"). Confidential information is information which has not been made public and which concerns or relates to the contents of

any internal affairs investigation and employment/personnel files, including, but not limited to, performance evaluations, disciplinary history, citizen complaints, and training courses, the disclosure of which information may have the effect of violating the privacy rights of JON SCOTT (B.P.D. Badge No. 648 in his Official Capacities, and in his individual Capacity.

By designating a document, thing, material, testimony or other information derived therefrom as "confidential," under the term of this order, the party making this designation is certifying to the court that there is a good faith basis both in law and in fact for the designation within the meaning of Federal Rule of Civil Procedure 26(g).

2. Confidential documents shall be so designated by stamping copies of the document produced to a party with the legend "CONFIDENTIAL." Stamping the legend "CONFIDENTIAL" on the cover of any multi-page document shall designate all pages of the document as confidential, unless otherwise indicated by the producing party.

3. Testimony taken at a deposition, conference, haring or trial may be designated as confidential by making a statement to that effect on the record at the deposition or other proceeding. Arrangements shall be made with the court reporter taking and transcribing such proceeding to separately bind such portions of the transcript containing information designated as confidential, and to label such portions appropriately.

4. Material designated as confidential under this Order, the information contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in part from material designated as confidential (hereinafter "Confidential "Material") shall be used only for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

5. Confidential Material produced pursuant to this Order may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" designated below:

   (a) a party, or an officer, director, or employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this action;

   (b) experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense, or settlement of this action;

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
2

1   (c)    court reporter(s) employed in this action;

2   (d)    any other person as to whom the parties in writing agree.

Prior to receiving any Confidential Material, such "qualified person" shall be provided with a copy of this Order and shall execute a nondisclosure agreement in the form of Attachment A, a copy of which shall be provided forthwith to counsel for each other party and for the parties.

6.  Depositions shall be taken only in the presence of qualified persons.

7.  The parties may further designate certain discovery material or testimony of a highly confidential and/or proprietary nature as "CONFIDENTIAL--ATTORNEY'S EYES ONLY" (hereinafter "Attorney's Eyes Only Material"), in the manner described in paragraphs 2 and 3 above. Attorney's Eyes Only Material, and the information contained therein shall be disclosed only to the Court, to counsel for the parties (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" listed in subparagraphs 5(b) through (e) above, but shall not be disclosed to a party, or to an officer, director or employee of a party, unless otherwise agreed or ordered.  If disclosure of Attorney's Eyes Only Material is made pursuant to this paragraph, all other provisions in this order with respect to confidentiality shall also apply.

8.  Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery to this action, whether or not such material is also obtained through discovery in this action, or from disclosing its own Confidential Material as it deems appropriate.

9.  If Confidential Material, including any portion of a deposition transcript designated as Confidential or Attorney's Eyes Only, is included in any papers to be filed in Court, such papers shall be labeled "Confidential--Subject to Court Order" and filed under seal until further order of this Court.

10. In the event that any Confidential Material is used in any court proceeding in this action, it shall not lose its confidential statue through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

/

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
3

1    11.    This Order shall be without prejudice to the right of the parties (i) to bring before
2 the Court at any time the question of whether any particular document or information is
3 confidential or whether its use should be restricted or (ii) to present a motion to the Court under
4 FRCP 26(c) for a separate protective order as to any particular document or information, including
5 restrictions differing from those as specified herein. This Order shall not be deemed to prejudice
6 the parties in any way in any future application for modification of this Order.

7    12.    This Order is entered solely for the purpose of facilitating this exchange of
8 documents and information between the parties to this action without involving the Court
9 unnecessarily in the process. Nothing in this Order nor the production of any information or
10 document under the terms of this Order nor any proceeding pursuant to this Order shall be deemed
11 to have the effect of an admission or waiver by either party or of altering the confidentiality or
12 non-confidentiality of any such document or information or altering any existing obligation of any
13 party or the absence thereof.

14    13.    This Order shall survive the final termination of this action, to the extent that the
15 information contained in Confidential Material is not or does not become known to the public, and
16 the Court shall retain jurisdiction to resolve any dispute concerning the use of information
17 disclosed hereunder.  Upon termination of this case, counsel for the parties shall assemble and
18 return to each other all documents, material and deposition transcriptions designated as
19 confidential and all copies of same, or shall certify the destruction thereof.

Dated: June 17, 2008.                MARDEROSIAN, RUNYON, CERCONE,
                                     LEHMAN & ARMO


                                     By: /s/ Michael E. Lehman
                                         MICHAEL E. LEHMAN
                                         Attorneys for Defendants above named

Dated: July 21, 2008.                RODRIGUEZ & ASSOCIATES


                                     By:  /s/ M. Scott Fontes
                                         M. SCOTT FONTES
                                         Attorneys for Plaintiff above-named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

**Dated:   July 31, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
5