Michael G. Marderosian, No. 77296
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; and Officer JON SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. PARSON, JR., and JMP, a minor, by and through his Guardian ad Litem, HENRY J. PARSON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER JON SCOTT; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case Number 1:07-CV-01468-OWW-DLB<br><br>**STIPULATION REGARDING INDEPENDENT MEDICAL EXAMINATION AND EXPERT DESIGNATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that the defendants herein shall be permitted to schedule a medical examination of plaintiff, HENRY J. PARSONS, JR., past the current discovery cutoff date of September 25, 2008, and to occur during the week of October 12, 2008, should this case not settle at the October 9, 2008 mandatory settlement conference.

/

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
1

1   IT IS FURTHER STIPULATED that the parties herein shall designate expert witnesses on
2   October 23, 2008, instead of the current date of September 15, 2008, and supplemental designation
3   shall occur on November 6, 2008.
4   The parties herein have been unable to complete the depositions of the plaintiffs or
5   defendant's representatives due to the trial schedules of all counsel. The depositions of plaintiffs
6   and defendant's representatives are scheduled to occur on September 22, and September 23, 2008.
7   The defendants will be in a better position to ascertain the types of defense medical examination
8   necessary after plaintiff's deposition is completed and the parties herein would like to attempt
9   settlement prior to incurring the expense of having experts prepare reports.

10  Dated:  September 10, 2008                    MARDEROSIAN, RUNYON, CERCONE,
                                                  LEHMAN & ARMO
11
12
                                                  By:    /s/ Michael E. Lehman
13                                                       MICHAEL E. LEHMAN
                                                         Attorneys for Defendants above named
14
    Dated: September ____, 2008.                  RODRIGUEZ & ASSOCIATES
15
16
                                                  By:    /s/ M. Scott Fontes
17                                                       M. SCOTT FONTES
                                                         Attorneys for Plaintiffs above-named
18

19                                              **ORDER**

20  IT IS HEREBY ORDERED that defendants will be permitted to schedule a medical
21  examination of plaintiff, HENRY J. PARSONS, JR., past the current discovery cutoff date of
22  September 25, 2008, and to occur during the week of October 12, 2008, should this case not settle
23  at the October 9, 2008 mandatory settlement conference.
24  IT IS FURTHER ORDERED that the current expert witness designation and supplemental
25  expert witness designation deadlines, be continued from September 15, 2008, and October 15,
26  /
27  //
28  ///

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
2

1  2008, respectively, to October 23, 2008 for designation of expert witness and November 6, 2008
2  for supplemental expert witness designation.
3  IT IS SO ORDERED.
4  **Dated:   September 10, 2008**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
3