1    Michael G. Marderosian, No. 77296
     Michael E. Lehman, No. 133523
2    MARDEROSIAN, RUNYON, CERCONE,
       LEHMAN & ARMO
3    1260 Fulton Mall
     Fresno, California 93721
4    Telephone: (559) 441-7991
     Facsimile: (559) 441-8170
5
     Virginia Gennaro, No. 138877
6    City Attorney
     CITY OF BAKERSFIELD
7    1501 Truxtun Avenue
     Bakersfield, CA 93301
8    Telephone: (661) 326-3721
     Facsimile: (661) 852-2020
9

10         Attorneys for:  Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE
                           DEPARTMENT; and Officer JON SCOTT
11

12                       UNITED STATES DISTRICT COURT

13                       EASTERN DISTRICT OF CALIFORNIA

14

15   HENRY J. PARSON, JR., and JMP, a minor,      )   Case Number 1:07-CV-01468-OWW-DLB
     by and through his Guardian ad Litem,        )
16   HENRY J. PARSON, JR.,                         )   **STIPULATION REGARDING
                                                   )   CONTINUANCE OF TRIAL DATE,
17            Plaintiffs,                           )   VACATING SETTLEMENT
                                                   )   CONFERENCE AND EXTENDING
18            v.                                    )   PRETRIAL DATES**
                                                   )
19   CITY OF BAKERSFIELD; BAKERSFIELD              )
     POLICE DEPARTMENT; OFFICER JON               )
20   SCOTT; and DOES 1 through 100, inclusive,    )
                                                   )
21            Defendants.                           )
                                                   )
22   _____ )

23         IT IS HEREBY STIPULATED by and between the parties herein, through their respective

24   counsel, that the settlement conference currently scheduled for October 9, 2008, at 10:30 a.m.,

25   before Magistrate Dennis Beck be vacated.  The parties herein have scheduled a mediation with

26   Oliver Robinson in Bakersfield on December 4, 2008.  The parties herein believe that further

27   discovery is necessary for meaningful settlement discussions to occur.  Depositions of both

28   plaintiffs and four Bakersfield Police Officers were completed on September 22 and 23, 2008. An

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
**U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB**
                                                    1

1  orthopedic medical examination of plaintiff, Henry Parson, is being scheduled to occur in October

2  2008, but it will be necessary to schedule it after the currently ordered week of October 13, 2008.

3  Due to the need for substantial additional discovery which was precipitated in part by the above

4  depositions, the parties request the following stipulated continuances:

5        1.     The currently ordered non-expert discovery cutoff date of September 25, 2008, be

6  extended to November 28, 2008.

7        2.     The current expert designation date of October 23, 2008, be extended to

8  December 19, 2008 with the supplemental designation date to be extended to January 9, 2009.

9        3.     The date for completion of expert discovery to be extended to January 23, 2009.

10        4.     The pretrial conference date to be extended to April 6, 2009 at 11:00 before Judge

11  Wanger in courtroom 4 on the 7th floor..

12        5.     The trial date to be rescheduled to May 5, 2009, at 9:00 before Judge Wanger in

13  courtroom 4 on the 7th floor.

14  Dated:  October 6, 2008                  MARDEROSIAN, RUNYON, CERCONE,

15                                     LEHMAN & ARMO

16

17                      By:     /s/ Michael E. Lehman
                             MICHAEL E. LEHMAN

18                               Attorneys for Defendants above named

19  Dated: September _____, 2008.           RODRIGUEZ & ASSOCIATES

20

21                      By:    /s/ M. Scott Fontes
                             M. SCOTT FONTES

22                               Attorneys for Plaintiffs above-named

23  <u>**ORDER**</u>

24      IT IS HEREBY ORDERED as follows:

25        1.     The settlement conference scheduled for October 9, 2008, at 10:30 a.m. before

26  Magistrate Dennis Beck is vacated.

27        2.     The currently ordered non-expert discovery cutoff date of September 25, 2008, is

28  extended to November 28, 2008.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
**U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB**
2

1          3.      The current expert designation date of October 23, 2008, is extended to

2   December 19, 2008 with the supplemental designation date extended to January 9, 2009.

3          4.      The date for completion of expert discovery is extended to January 23, 2009.

4          5.      The pretrial conference date is extended to April 6, 2009.

5          6.      The trial date is rescheduled to May 5,  2009.

6    IT IS SO ORDERED.

7   **Dated:    October 6, 2008**                            **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
3