1  Michael G. Marderosian, No. 77296
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA  93301
   Telephone: (661) 326-3721
8  Facsimile: (661) 852-2020

9

10        Attorneys for:   Defendants CITY OF BAKERSFIELD; BAKERSFIELD POLICE
                  DEPARTMENT; and Officer JON SCOTT
11

12                         UNITED STATES DISTRICT COURT

13                         EASTERN DISTRICT OF CALIFORNIA

14

15  HENRY J. PARSON, JR., and JMP, a minor,  )   Case Number 1:07-CV-01468-OWW-DLB
    by and through his Guardian ad Litem,    )
16  HENRY J. PARSON, JR.,                    )   **STIPULATION REGARDING**
                                             )   **INDEPENDENT MEDICAL**
17         Plaintiffs,                       )   **EXAMINATION**
                                             )
18              v.                           )
                                             )
19  CITY OF BAKERSFIELD; BAKERSFIELD         )
    POLICE DEPARTMENT; OFFICER JON           )
20  SCOTT; and DOES 1 through 100, inclusive,)
                                             )
21         Defendants.                       )
                                             )
22  _____ )

23         IT IS HEREBY STIPULATED by and between the parties herein, through their respective

24  counsel, that plaintiff will submit to an independent medical evaluation by orthopedic surgeon,

25  GEOFFREY MILLER, on December 1, 2008, at 1:30 p.m., at 2501 H Street, Bakersfield,

26  California.  Said medical evaluation is made at the request of defendants, City of Bakersfield,

27  /

28  //

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
1

Bakersfield Police Department and Office Jon Scott.  Said examination may occur after the current discovery cut off of November 28, 2008.

Dated: October 28, 2008.                                    MARDEROSIAN, RUNYON, CERCONE,
                                                            LEHMAN & ARMO


                                                            By:   /s/ Michael E. Lehman
                                                                  MICHAEL E. LEHMAN
                                                                  Attorneys for Defendants above named

Dated: October 28, 2008.                                    RODRIGUEZ & ASSOCIATES


                                                            By:   /s/ M. Scott Fontes
                                                                  M. SCOTT FONTES
                                                                  Attorneys for Plaintiffs above-named

## **ORDER**

IT IS HEREBY ORDERED that plaintiff submit to an independent medical evaluation by orthopedic surgeon, GEOFFREY MILLER, on December 1, 2008, at 1:30 p.m., at 2501 H Street, Bakersfield, California\

IT IS SO ORDERED.

**Dated:   October 29, 2008**                               /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Parson v. City of Bakersfield, et al.*
U.S. District Court, Eastern District of California, Case No. 1:07-CV-01468-OWW-DLB
2