1  DANIEL RODRIGUEZ, ESQ., SBN 096625
2  M. SCOTT FONTES, ESQ., SBN 139567
3  CHARLES R. CHAPMAN, ESQ., SBN 115505
   **RODRIGUEZ & ASSOCIATES**
4  2020 EYE STREET, BAKERSFIELD, CA  93301
5  TELEPHONE  (661) 323-1400   FAX (661) 323-0132

6  HENRY J. PARSON, JR. and JMP, a minor,
7  by and through his guardian ad litem,
   HENRY J. PARSON, JR.
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12

13 | HENRY J. PARSON, JR. and JMP, a       ) Case No. 1:07-CV-01468-OWW-DLB
14 | minor, by and through his guardian ad  )
   | litem, HENRY J. PARSON, JR.,          )
15 |                                        ) **STIPULATION FOR MODIFICATION**
   |                                        ) **OF SCHEDULING ORDER AS TO**
16 |             Plaintiffs,                ) **DISCOVERY CUT OFF DATES;**
   |                                        ) **ORDER**
17 |       vs.                              )
18 | CITY OF BAKERSFIELD,                   )
   | BAKERSFIELD POLICE                     )
19 | DEPARTMENT, OFFICER JON SCOTT;        )
20 | and DOES 1 to 100, Inclusive,          )
   |                                        )
21 |             Defendants.                )
22 |                                        )
23 |                                        )
24 |                                        )
25 | _____  )

26

27      Plaintiffs by and through their counsel of record and all defendants by and through
28 their counsel of record stipulate as follows:

---
STIPULATION FOR MODIFICATION OF SCHEDULING ORDER
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1.      The parties recently participated in a mediation on December 4, 2008, with much progress being made.  The parties are continuing with settlement negotiations, and are hopeful that the case can be settled in the near future.  The parties informally agreed prior to mediation to refrain from additional discovery until January 4, 2009, in order to avoid incurring additional litigation costs and attorney fees, while a potential settlement is being explored.

2.      In an effort to allow the parties to effectively explore and negotiate settlement of this matter, the parties hereby stipulate, and respectfully request, that the Court modify the Scheduling Order in this matter as follows:

|   |                              | DATE     | NEW DATE |
|---|------------------------------|----------|----------|
| a.| Non Expert Discovery Cut off | 11/28/08 | 2/13/09  |
| b.| Expert Designation           | 12/19/09 | 2/27/09  |
| c.| Supplemental Designation     | 1/9/09   | 3/13/09  |
| d.| Expert Discovery Cutoff      | 1/23/09  | 3/30/09  |

3.      The parties agree that this stipulation may be signed in counterpart.

DATED:   December 15, 2008           RODRIGUEZ & ASSOCIATES


                                     /s/
                                 By:_____
                                     DANIEL RODRIGUEZ
                                     Attorneys for Plaintiff

DATED:   December 15, 2008           MARDEROSIAN, RUNYON, CERCONE,
                                     LEHMAN & ARMO


                                     /s/
                                 By: _____
                                     MICHAEL LEHMAN
                                     Attorneys for defendants

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER
- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The parties having stipulated and good cause appearing therefore, IT IS HEREBY ORDERED that: (1) the non-expert discovery cutoff date be continued from November 28, 2008 to February 13, 2009, (2) the expert designation date be continued from December 19, 2008 to February 27, 2009; (3) the supplemental expert designation date be continued from January 9, 2009 to March 13, 2009, and (4) the expert discovery cutoff date be continued from January 23, 2009 to March 30, 2009.  **NO FURTHER CONTINUANCES WILL BE GRANTED.**

DATED:  December 18, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the U.S. District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com