# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. PARSON, JR., and JMP, a minor, by and through his guardian ad litem, HENRY J. PARSON, JR.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER JON SCOTT; and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants. | 1:07cv01468 OWW DLB<br><br>ORDER GRANTING PETITION OF HENRY J. PARSON, JR., TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR JMP NUNC PRO TUNC<br>(Document 3) |

　　　Petitioner Henry J. Parson, Jr., filed an application for appointment as the guardian ad litem for JMP, a minor, who is a Plaintiff in the above-entitled action on October 9, 2007. (Doc. 3). Defendants did not oppose the petition. The petition is GRANTED nunc pro tunc.

　　　IT IS SO ORDERED.

　　　**Dated:　February 20, 2009**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1