# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. PARSON, JR., and JMP, a minor, by and through his guardian ad litem, HENRY J. PARSON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER JON SCOTT; and DOES 1 to 100, Inclusive,<br><br>Defendants. | 1:07cv01468 OWW DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Document 40)<br><br>ORDER APPROVING MINOR'S COMPROMISE |

On January 15, 2009, Petitioner Henry J. Parson, Jr., the guardian ad litem of the minor JMP, filed a petition for an order approving the compromise of the minor's claim.

On February 23, 2009, the Magistrate Judge issued Findings and Recommendations that the Petition be granted. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued February 23, 2009, are ADOPTED IN FULL;
2. The Petition for Order Approving Compromise of the Claim of Plaintiff, JMP, A Minor, is GRANTED;
3. JMP's $3,750.00 share of the settlement shall be deposited in an insured account at Mission Bank, Main Branch, located at 1330 Truxtun Avenue, Bakersfield, California, and not withdrawn without a court order or until JMP reaches the age of majority; and
4. The sum of $1,250.00 shall be paid to Rodriguez & Associates for attorney's fees.

IT IS SO ORDERED.

Dated:   **March 31, 2009**                           */s/ Oliver W. Wanger*
                                                      UNITED STATES DISTRICT JUDGE